

United States District Court
Eastern District of California

# SEALED

| United States | | Case Number: | 1:23-mj-0063-SAB |

Plaintiff(s)

V.

Juan Carlos Urias-Torres

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cristina Borde hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Juan Carlos Urias-Torres (Learned Counsel)

On 04/07/2014 (date), I was admitted to practice and presently in good standing in the Wisconsin Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✔ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

US v. Perkins, Case No. 1:20-CR-238-JLT-SKO, pro hac vice application filed on 6/1/23 and granted on 6/7/23.

Date: 06/22/2023                Signature of Applicant: /s/ *Cristina Borde*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cristina Borde |
| Law Firm Name: | Law Office of Cristina Borde |
| Address: | 33 E. Main Street, Suite 400 |
| City: | Madison   State: WI   Zip: 53703 |
| Phone Number w/Area Code: | (608) 620-3307 |
| City and State of Residence: | Madison, WI |
| Primary E-mail Address: | cristinaborde@gmail.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adilene Flores-Estrada |
| Law Firm Name: | Law Office of Adilene Flores Estrada |
| Address: | 2014 Tulare Street, Suite 210 |
| City: | Fresno   State: CA   Zip: 93721 |
| Phone Number w/Area Code: | (415) 610-3434   Bar #: 318690 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/22/23

*B. McAuliffe*
JUDGE, U.S. DISTRICT COURT

Sheila T. Reiff
Clerk

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

CRISTINA BORDE

was admitted to practice as an attorney within this state on April 7, 2014 and is presently in good standing in this court.

Dated: May 31, 2023

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing