MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS URIAS-TORRES,<br><br>Defendants. | CASE NO. 1:22-CR-00232-BLW-BAM<br><br>STIPULATION TO SET ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT; AND ORDER<br><br>DATE: March 4, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been charged in a second superseding indictment and needs to be arraigned on that indictment.

2. Counsel for defense is available on March 4, 2025, at 2 P.M.

3. The parties request that arraignment for the above-named defendant be set on that date and time.

4. No exclusion of time is necessary as time has been excluded through July 23, 2025.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION                                          1

IT IS SO STIPULATED.

Dated: February 25, 2025                                MICHELE BECKWITH
                                                        Acting United States Attorney

                                                        /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
                                                        Assistant United States Attorney

Dated: February 25, 2025                                /s/ Dan Olmos
                                                        Dan Olmos
                                                        Counsel for Defendant
                                                        Juan Carlos Urias-Torres

## **ORDER**

IT IS SO ORDERED that an arraignment on the second superseding indictment be set for **March 4, 2025, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **March 3, 2025**                             /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION